IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| United States of America, | | Case No. 3:16 CR 516-13 |
| | Plaintiff, | SENTENCING ORDER |
| -vs- | | RE: SPECIAL CONDITIONS |
| | | OF SUPERVISED RELEASE |
| Shawn Mark Henry (13), | | |
| | | JUDGE JACK ZOUHARY |
| | Defendant. | |

### SPECIAL CONDITIONS

**Employment**
Defendant shall not be employed by, affiliated with, own or control, or otherwise exercise, participate, directly or indirectly, in the business of billing federal insurance programs, including Medicare, Medicaid, Department of Labor, Tricare and Federal Healthcare Benefits Program. Defendant shall not accept payment from any hospital, surgical center or any business affiliated with directly or indirectly with a hospital or surgical center without the probation officer's approval.

**Financial Information**
Defendant shall provide to the probation officer complete access to all business and personal financial information.

**Restitution**
Defendant shall pay any remaining balance of restitution as set out in the Judgment.

I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.

**Further, I waive any late notice and supporting explanation of each of these conditions** as may be required under 18 U.S.C. § 3583.

Date: 3/17/21

_____
Shawn Mark Henry, Defendant

_____
Attorney

IT IS SO ORDERED.

_____
Judge Jack Zouhary