IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

United States of America,     Case No. 3:16 CR 516-13

           Plaintiff,     SENTENCING ORDER
  -vs-                   RE: MANDATORY AND STANDARD
                               <u>CONDITIONS OF SUPERVISED RELEASE</u>
Shawn Mark Henry (13),

                                JUDGE JACK ZOUHARY
           Defendant.

### STANDARD CONDITIONS

While on Supervised Release Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, and shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**DNA Collection**
Defendant shall cooperate in the collection of DNA as directed by the U.S. Pretrial Services & Probation Officer.

**Firearms and Dangerous Weapons**
Defendant shall not possess a firearm, destruction device, or any dangerous weapon.

**Mandatory Drug Testing Suspended**
The mandatory drug testing condition is suspended, based on the court's determination that Defendant poses a low risk of future substance abuse.

I have reviewed and understand the above conditions as part of my sentence.

Date: 3/17/21

_____
Shawn Mark Henry, Defendant

_____
Attorney

IT IS SO ORDERED.

_____
Judge Jack Zouhary