IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.  NO. 3:16-CR-516-JJZ

SHAWN MARK HENRY (13)

## FORFEITURE MONEY JUDGMENT

Before the court is the government's opposed Motion for a Forfeiture Money Judgment against the defendant, Shawn Mark Henry. Based upon the jury's verdict and the evidence provided during trial, including trial exhibit 485, the United States has demonstrated that Henry derived $840,000.00 in proceeds from the offenses for which the jury convicted him:

IT IS HEREBY ORDERED:

Henry shall pay a personal money judgment forfeiture in the amount of $840,000.00, which represents the proceeds derived from or property involved in the offense of conviction. Pursuant to Federal Rules of Criminal Procedure 32.2(b)(3) and 32.2(c)(1)(B) and 21 U.S.C. § 853(m), the government may conduct discovery to identify property subject to forfeiture as substitute assets under 21 U.S.C. § 853(p).

This Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the written judgment order.

This court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

**SO ORDERED.**

Date: March 17, 2021.

s/ Jack Zouhary
**JACK ZOUHARY**
**UNITED STATES DISTRICT JUDGE**